# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM EDWARDS<br><br>PLAINTIFF(S)<br><br>v.<br><br>DELTA DENTAL INSURANCE COMPANY, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:17–cv–02328–FMO–SS<br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

 3/29/17    /    7    /    Consent Motion to Stay 
*Date Filed*         *Doc. No.*              *Title of Document*

 __    /    __    /    __ 
*Date Filed*         *Doc. No.*              *Title of Document*

Hearing information is missing, incorrect, or not timely.

Other:

Dated: March 31, 2017         By: /s/ *Fernando M. Olguin* 
                                    U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–106 (6/12)        ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)